UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

|  |  |  |
|---|---|---|
| LEE ANN MAYHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-CV-410-KAC-DCP |
| | ) | |
| THE SALVATION ARMY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Before the Court is "Plaintiff's Motion for Leave to Amend Complaint" [Doc. 19], which Defendant has not opposed [*See* Doc. 5]. With no opposition, the Court **GRANTS** Plaintiff's motion to amend her complaint as proposed. *See* E.D. Tenn. L.R. 7.2. Plaintiff **MUST** separately file its Proposed Amended Complaint [Doc. 19-1] as her operative complaint by **April 14, 2026**.

In addition, the Court **DENIES AS MOOT** Defendant's currently-pending Motion to Dismiss [Doc. 2]. *See Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021) (noting the "general rule" "that filing an amended complaint moots pending motions to dismiss" (citations omitted)). And the Court lifts the stay of this action [*See* Doc. 17].

The Parties **MUST** confer and jointly submit the required Rule 26(f) report by **April 17, 2026**. For the convenience of the Parties, the Court's Judicial Preferences and a Sample Civil Scheduling Order are available at https://www.tned.uscourts.gov/content/katherine-crytzer-united-states-district-judge. The Court will determine whether to hold a Rule 16 scheduling conference after receiving the Parties' Rule 26(f) report.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge